DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road, #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | Case No.: BK-S-10-25466 BAM |
|---|---|
| LIDIA BOLOY | Chapter 7 |
| Debtor(s) | Hearing Date : N/A |
|  | Hearing Time: N/A |

To:     United States Bankruptcy Court Clerk

From:   David A. Rosenberg, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant Address | CAS 10600 | CAS 613300 |
|---|---|---|---|
| 2 | NCO Financial Systems<br>PO Box 15630<br>Wilmington, DE 19850 |  | $245.34 |
|  | Total | $0.00 | $245.34 |

Date: July 12, 2011

David A. Rosenberg, Trustee

Note:   Claims that are $25.00 or less go into CAS 106000.
        Claims that are more than $25.00 go into CAS 613300.
        The amounts that are to be deposited into the registry can be written on one check.

# 203153   $ 245.34